## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JAQUEZ v. FCA US LLC, et al.                          Case No.: 20cv1168-JLS(RBB)
                                                      Time Spent:

HON. RUBEN B. BROOKS                                  Rptr.

**Attorneys**

Plaintiffs                                            Defendants

PROCEEDINGS:       ☐ In Chambers        ☐ In Court        ☐ Telephonic

The parties have filed a Joint Motion to Extend the Fact Discovery Deadline in which they seek to continue the deadline for fact discovery from February 19, 2021, to June 18, 2021 [ECF No. 17]. Rule 16 of the Federal Rules of Civil Procedure permits the modification of a schedule only upon a showing of good cause. See Fed. R. Civ. P. 16(b)(4). The parties state that they need additional time to complete fact discovery but offer no specific reason or basis for requiring an extension. Thus, they have not demonstrated good cause. Accordingly, the joint motion is **DENIED**.

DATE: January 5, 2021            IT IS SO ORDERED:    *Ruben Brooks*
                                                      Ruben B. Brooks,
                                                      U.S. Magistrate Judge

cc: Judge Sammartino
    All Parties of Record