UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REYMUNDO DIAZ JAQUEZ, an individual; and SCARLETT ELIZABETH PATCHETT, an individual,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>FCA US LLC; and DOES 1 to 50, inclusive,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-cv-1168 JLS (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(ECF No. 25) |

Presently before the Court is the Parties' Joint Motion for Dismissal of Action with Prejudice (ECF No. 25). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE,** with each Party to bear their own costs and attorney's fees. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: May 28, 2021

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge